UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JEFFREY CHAMBERS
    Plaintiff,

v.

CITY OF HOLLAND

CASE No.

FILED - GR
March 9, 2023 1:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB 3/10

1:23-cv-240
Robert J. Jonker
U.S. District Judge

## COMPLAINT

HERE COMES PLAINTIFF PURSUANT TO 42 U.S.C. 1983. IN THE CASE No. HL20861140M, SEVERAL OF PLAINTIFF'S RIGHTS WERE VIOLATED, THESE ARE THE VIOLATIONS AS FOLLOWS:

1. THE WITNESS AGAINST PLAINTIFF WAS NOT PRESENT AT TRIAL; SIXTH AMENDMENT. F.R.C.P. RULE 43

2. PLAINTIFF WAS NOT AFFORDED DUE PROCESS.

3. PLAINTIFF'S RIGHT TO TRAVEL WAS INFRINGED UPON.

4. FALSE IMPRISONMENT

5. PREJUDICIAL ERROR, WRONG RULING ON OJECTION

TO HERESAY TESTIMONY.

6. FIFTH AMENDMENT, A GUARANTEE THAT ALL CRIMINAL DEFENDENTS HAVE A FAIR TRIAL. PLAINTIFF DID NOT RECIEVE A FAIR TRIAL.

7. FIRST AMENDMENT RIGHT WAS VIOLATED, PLAINTIFF'S FREEDOM SPEECH WAS NOT TAKEN INTO CONSIDERATION AT TRIAL.

PLAINTIFF PRAYS THAT THIS HONORABLE COURT GRANT COMPENSATORY DAMAGES IN THE AMOUNT OF FIVE HUNDRED THOUSAND DOLLARS AND PUNITIVE DAMAGES IN THE AMOUNT OF FIVE HUNDRED THOUSAND DOLLARS.

RESPECTFULLY SUBMITTED,

Jeffrey Chambers

JEFFREY CHAMBERS
431 DIEKEMA AVE #137
HOLLAND, MI 49423
PHONE 616-251-9328

